IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSHUA MYKAL PETERSON,<br><br>Defendant. | CR 23-149-BLG-SPW<br><br>ORDER |

Defendant having filed a second Motion with Intent to Change Plea (Doc. 27) on May 2, 2024, and for good cause appearing,

**IT IS HEREBY ORDERED** that Judge Cavan's Findings and Recommendations (Doc. 26), filed April 30, 2024 are **GRANTED** and Defendant's Motion to Change Plea (Doc. 19) filed April 8, 2024 is **DENIED** as moot.

**IT IS FURTHER ORDERED** that based on the Defendant's second Motion with Intent to Change Plea (Doc. 27), a change of plea hearing is set for **Tuesday, May 21, 2024 at 9:30 a.m.** in the James F. Battin U.S. Courthouse, Billings, Montana, at which time the court will consider his motion to change his

1

plea of not guilty to a plea of guilty.   The time between May 2, 2024 and May 21, 2024 is excludable under the Speedy Trial Act, 18 U.S.C. §3161(h)(1)(D).

DATED this 2nd day of May, 2024.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE